UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHEYN R.,[1]

          Plaintiff,

   v.

COMMISSIONER, Social Security Administration,

          Defendant.

Case No. 6:20-cv-01663-MTK

**ORDER**

**KASUBHAI,** United States District Judge:

    Plaintiff Cheyn R. brought this action seeking review of the Commissioner's final decision denying his application for disability benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for further proceedings, and entered Judgment on December 7, 2021. ECF Nos. 18-19. Upon remand, the Commissioner found Plaintiff entitled to benefits beginning March 2017. Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). The Commissioner neither supports nor opposes counsel's request for attorney's fees. The Court has reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*,

---

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-government parties whose identification could affect Plaintiff's privacy.

535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $21,428.75 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff a total of $10,225.00 under the Equal Access to Justice Act ("EAJA") and $7,080.00 in administrative fees. The Court will offset that award against the 42 U.S.C. § 406(b) award and order that, in accordance with agency policy, the Commissioner make a direct payment of $4,123.75, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Mark A. Manning, at WELLS, MANNING, EITENMILLER & TAYLOR, P.C. Payment is to be made from benefits the Social Security Administration has withheld from Plaintiff's past due benefits. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

    IT IS SO ORDERED.

    DATED this <u>4th</u> day of November 2025.

                                                          s/ Mustafa T. Kasubhai  
                                                          MUSTAFA T. KASUBHAI (he/him)  
                                                          United States District Judge